UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-20169

KATHERINE MITCHELL CRUZ ORTIZ, )
JOISELYN C ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
        Plaintiff, )
   vs. )
N.H. INC. a/k/a MERIDIAN FOOD )
MARKET/MONEY GRAM, MOHAMMED )
HOSSAIN, )
        Defendants. )
_____ )

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

**Plaintiff KATHERINE MITCHELL CRUZ ORTIZ: January 13, 2014 – August 4, 2016**

- Number of Weeks in Period: 133 Weeks (Rounded Down)
- Average Hours: 60
- Rate of Pay: $8.50 per hour
- Overtime Rate: $4.25
- Overtime Claimed: (133 weeks) x (20 hours per week of overtime) x ($4.25 overtime rate) = $11,305.00
- Liquidated Damages Claimed: $11,305.00
- Total overtime wages unpaid and Liquidated Damages: **$22,610.00** ($11,305.00 x 2)

**Plaintiff KATHERINE MITCHELL CRUZ ORTIZ: August 5, 2016 – January 9, 2017**

- Number of Weeks in Period: 21 Weeks (Rounded Down)

1

- Average Hours: 60

- Rate of Pay: $9.25 per hour

- Overtime Rate: $4.63

- Overtime Claimed: (21 weeks) x (20 hours per week of overtime) x ($4.63 overtime rate) = $1,944.60

- Liquidated Damages Claimed: $1,944.60

- Total overtime wages unpaid and Liquidated Damages: **$3,889.20** ($1,944.60 x 2)

**Plaintiff JOISELYN C ROBLETO: January 13, 2014 – August 4, 2016**

- Number of Weeks in Period: 133 Weeks (Rounded Down)

- Average Hours: 60

- Rate of Pay: $8.50 per hour

- Overtime Rate: $4.25

- Overtime Claimed: (133 weeks) x (20 hours per week of overtime) x ($4.25 overtime rate) = $11,305.00

- Liquidated Damages Claimed: $11,305.00

- Total overtime wages unpaid and Liquidated Damages: **$22,610.00** ($11,305.00 x 2)

**Plaintiff JOISELYN C ROBLETO: August 5, 2016 – January 9, 2017**

- Number of Weeks in Period: 21 Weeks (Rounded Down)

- Average Hours: 60

- Rate of Pay: $9.25 per hour

- Overtime Rate: $4.63

- Overtime Claimed: (21 weeks) x (20 hours per week of overtime) x ($4.63 overtime rate) = $1,944.60

2

- Liquidated Damages Claimed: $1,944.60

- Total overtime wages unpaid and Liquidated Damages: **$3,889.20** ($1,944.60 x 2)

**Total Overtime Wage Claim and Liquidated Damages: $52,998.40 Plus Attorney's Fees and Costs**

*Plaintiff seeks all fees and costs under the FLSA and the above damages done include same.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
   Fax: (305) 865-7167

By: /s/ Neil Tobak
 Neil Tobak, Esq.
Florida Bar Number: 93940

### CERTIFICATE OF SERVICE

I hereby certify that as of March 29, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
   Fax: (305) 865-7167

By: /s/ Neil Tobak
 Neil Tobak, Esq.
Florida Bar Number: 93940