UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20169-CIV-KING/TORRES

KATHERINE MITCHELL CRUZ ORTIZ,
et al.,

      Plaintiffs,

v.

MOHAMMED HOSSAIN, et al.,

      Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE
## FOR ALL PROCEEDINGS UPON CONSENT OF THE PARTIES
## AND VACATING SCHEDULING ORDER (D.E. #10)

THIS CAUSE comes before the Court upon the parties' Consent to Proceed Before a United States Magistrate Judge (D.E. #13) filed April 6, 2017, in the above-styled case.

Pursuant to 28 U.S.C. § 636(c) and the Magistrate Rules of the United States District Court for the Southern District of Florida, the above-styled case be, and the same is hereby, **REFERRED** to **United States Magistrate Judge Edwin G. Torres** to take all necessary and proper action as required by law, with respect to all pretrial matters, including trial and entry of final judgment, and for all such judicial proceedings as are permissible. The Scheduling Order **(D.E. #10)** dated March 7, 2017 be and the same is hereby **VACATED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of April, 2017.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Edwin G. Torres
All Counsel of Record