

Rivkah Jaff <rivkah.jaff@gmail.com>

## Ortiz v. NH Inc

**Rivkah Jaff** <rivkah.jaff@gmail.com>  Wed, Jul 5, 2017 at 2:23 PM
To: Leslie Langbein <langbeinpa@bellsouth.net>, asst_langbein <asst_langbein@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Leslie:

Please see attached the exhibits and documents produced at the deposition today.

Please let me know your positions regarding a stay of the case pending the outcome of the criminal investigation. We will also be asking for an enlargement of 14 days from the date of the Court's Order to provide responses to written discovery should the Court deny the request for a stay.

Please advise by no later than noon tomorrow so that we can move the Court accordingly.

Best,

--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

NOTICE:  The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

NOTICE:  If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

📄 **Exhibits Defendants' Deposition 7.5.17.pdf**
873K

 Gmail                                                            Rivkah Jaff <rivkah.jaff@gmail.com>

## Ortiz v. NH Inc

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                        Wed, Jul 5, 2017 at 5:13 PM
To: Leslie Langbein <langbeinpa@bellsouth.net>, asst_langbein <asst_langbein@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Leslie:

This is my second conferral attempt. Please advise as to Defendants' position as we intend to file the Motion.

Best,
[Quoted text hidden]

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Ortiz v. NH Inc

**Rivkah Jaff** <rivkah.jaff@gmail.com>                         Wed, Jul 5, 2017 at 6:27 PM
To: Leslie Langbein <langbeinpa@bellsouth.net>, asst_langbein <asst_langbein@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Leslie:

This is my third and final conferral attempt. Please advise as to your position.

Best,

[Quoted text hidden]



Rivkah Jaff <rivkah.jaff@gmail.com>

## Ortiz v. NH Inc

**Rivkah Jaff** <rivkah.jaff@gmail.com>   Thu, Jul 6, 2017 at 7:46 AM
To: Leslie Langbein <langbeinpa@bellsouth.net>, asst_langbein <asst_langbein@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Leslie:

We are filing the Motion today, please let me know by noon as to your position.

Best,

[Quoted text hidden]

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## Ortiz v. NH Inc

**langbeinpa** <langbeinpa@bellsouth.net>  
Reply-To: langbeinpa <langbeinpa@bellsouth.net>  
To: Rivkah Jaff <rivkah.jaff@gmail.com>

Thu, Jul 6, 2017 at 9:36 AM

You first broached this to me during yesterday's deposition which ended at 2:00 p.m.   I did not get back to my office until 4:00 p.m. and then had other things to deal with such as complying with Judge Goodman's court order to get you documents in Collar v. Abalux.   I cannot give you a position until I talk to the state court prosecutor.   I will try to call this morning but from my knowledge of state criminal court, prosecutors are in hearings all morning and/or in trial.   Therefore, with such short notice, I cannot be expected to give a response affirmatively or negatively.   My general feeling is that since the trial in this case is set for March, 2018, there is no need for a stay.

Leslie W. Langbein, Esq.  
LANGBEIN & LANGBEIN, P.A  
8181 NW 154th Street, Suite 105  
Miami Lakes, FL 33016  
Tel: (305) 556-3663  
Fax: (305) 556-3647  
Email: langbeinpa@bellsouth.net

*Please visit our website at "www.langbeinpa.com"*

Board Certified by the Fla. Bar in
   Labor & Employment Law
Fla. Cert. Circuit/Civil Mediator
Fla. Cert. and AAA Arbitrator
"AV" Rated by Martindale Hubbell
Designated by SuperLawyer Magazine as a
   "SuperLawyer, 2009-2017 "
Designated as one of "South Florida's "Top Rated
   Lawyers" 2012 and 2013 by ALM Publications"
Member, Fla Chapter of the National Academy of Distinguished Neutrals

> > > > >

THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND IS INTENDED TO BE ACCESSED AND VIEWED ONLY BY THE NAMED RECIPIENT.   IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT IMMEDIATELY AND NOTIFY US OF THE ERROR BY REPLY MAIL.
[Quoted text hidden]