UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20169-CIV-EGT

[CONSENT CASE]

| | |
|---|---|
| KATHERINE MITCHELL CRUZ ORTIZ, JOISELYN C ROBLETO, and all others similarly situated under 29 U.S.C. 216(b),<br>　　　　Plaintiff,<br>vs.<br><br>N.H. INC. a/k/a MERIDIAN FOOD MARKET/MONEY GRAM, MOHAMMED HOSSAIN,<br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH LOCAL RULE 26.1(g)(1) REGARDING DEPOSITION MISCONDUCT**

**COME NOW** the Plaintiffs, by and through undersigned counsel, and hereby files the above-described Unopposed Motion, and in support thereof states as follows:

1. On July 5, 2017, Plaintiffs took the deposition of Defendant, MOHAMMED HOSSAIN, individually and as the 30(b)(6) Corporate Representative of the Corporate Defendant, N.H. INK., a/k/a MERIDIAN FOOD MARKET/MONEY GRAM..

2. Per Local Rule 26.1(g)(1), "all disputes related to discovery shall be presented to the Court by motion …. within (30) days from the date of the deposition in which the dispute arose." *See, Berman v. Kafka,* 2014 U.S. Dist. LEXIS192487 (M.D. Fla. 2014).

3. Any Motion for deposition misconduct or dispute would then necessarily need to be filed on or before August 5, 2017.

4. Plaintiffs have conferred with the Court Reporter from the deposition regarding ordering said transcript to be attached to Plaintiffs' Motion for Deposition Misconduct. Plaintiffs'

Court Reporter has multiple transcript requests prior to Plaintiffs' request and has advised that the transcript may likely not be provided to the undersigned Firm with sufficient time for Plaintiffs' counsel to review and analyze the transcript and timely file their Motion for Deposition Misconduct pursuant to Local rule 26.1(g)(1).

5. Plaintiffs submit this request for an extension in good faith and not for the purpose of delay but rather to allow Plaintiffs the opportunity to obtain the transcript and fully review and analyze same prior to filing their Motion timely as promulgated by Local rule 26.1(g)(1).

6. The undersigned conferred with Defense counsel by phone prior to the filing of the instant Motion and Defense counsel stated that she does not oppose the extension sought.

7. Therefore, Plaintiffs respectfully request an enlargement of twenty (20) days from the date of the Court's Order to file Plaintiffs' Motion for Deposition Misconduct.

## MEMORANDUM OF LAW

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995).

Plaintiffs are desirous to ensure the record is complete when filing their Motion for Deposition Misconduct and will be unable to obtain the deposition transcript in question so that Plaintiffs are able to timely file their Motion as per Local Rule 26.1(g)(1).

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST AN ENLARGEMENT OF TWENTY (20) DAYS FROM THE DATE OF THE COURT'S ORDER TO FILE THEIR MOTION FOR DEPOSITION MISCONDUCT TIMELY.

### CERTIFICATE OF CONFERRAL

Defense counsel has represented via telephone to the undersigned that Defendants do not oppose the relief herein sought.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
     Florida Bar No.: 93940

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 7/28/17 TO:

**LESLIE W. LANGBEIN, ESQ.**
**LANGBEIN & LANGBEIN**
**8181 NW 154 STREET, SUITE 105**
**MIAMI LAKES, FL 33016**
**PH: 305-556-3663**
**FAX: 556-3647**
**EMAIL: LANGBEINPA@BELLSOUTH.NET**

BY:_____/s/ Neil Tobak_____
**NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20169-CIV-EGT

[CONSENT CASE]

KATHERINE MITCHELL CRUZ ORTIZ, )
JOISELYN C ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
      Plaintiff, )
vs. )
 )
N.H. INC. a/k/a MERIDIAN FOOD )
MARKET/MONEY GRAM, MOHAMMED )
HOSSAIN, )
      Defendants. )
_____ )

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH LOCAL RULE 26.1(g)(1) REGARDING DEPOSITION MISCONDUCT**

This cause, having come before the Court on the above-described motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted as follows:

PLAINTIFF SHALL HAVE THROUGH TO _____, 2017, TO FILE THEIR MOTION FOR DEPOSITION MISCONDUCT.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                         _____
                                                         EDWIN G.TORRES
                                                         UNITED STATES MAGISRATE JUDGE

Copies to: Counsel of Record