IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  17-20169-cv-KING/TORRES

KATHERINE MITCHELL CRUZ,
JOISELYN ROBLETO and all
others similarly situated,

     Plaintiffs,

v.                                CONSENT CASE

N.H., INC. d/b/a MERIDIAN FOOD MONEY
MARKET GRAM and
MOHAMMED HOSSAIN,

     Defendants.
_____/

## DEFENDANTS' VERIFIED SUPPLEMENTAL
## RESPONSE TO MOTION TO DISQUALIFY

Defendants, N.H., INC. and MOHAMMED S. HOSSAIN, in compliance with the

Court's order dated 8/2/17 [ DE 31] state the following:

Defendants' defense of good faith is comprised of two elements:  1) they sought

general employment advice from Leslie W. Langbein, Esq. many years ago to determine

their obligations under the FLSA; and 2) they followed that advice by, among other things,

using timecards to record employee work hours; paying overtime pay at a rate of time

and a half for all hours over 40 in a workweek; issuing paychecks which designated the

employees' rates of pay; the number of hours they worked each pay period and method

by which their pay was calculated; posting an FLSA poster; and keeping time cards for a

period of three years.   Defendants did not consult Mrs. Langbein or any other

employment counsel prior to the time this lawsuit was filed regarding any of the allegations

made by Plaintiffs' in this case. [1]   Defendants do not intend to call Mrs. Langbein as a witness at trial because Mr. Hossain can and *has testified* about their good faith efforts to comply with the FLSA.   Defendants adopt by reference the deposition of Leslie W. Langbein, Esq. which was taken on 8/9/17 in the case of <u>Reyes v. Collins & 74th Street, Inc</u>., USDC Case No. 16-24362-cv-LENARD/GOODMAN attached as Exhibit "A" and Mr. Hossain's second deposition in the same case which was taken on 8/18/17. [2]

Mrs. Langbein was questioned and gave answers regarding NH on pp. 26-27, 34, 44, 51, 57, 60-61, 67-68, 80, 83-84, 89 and 113 of her deposition.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A
8181 NW 154 St., Suite 105
Miami Lakes, FL. 33016
Ph: 305-556-3663
Fx: 305-556-3647
Email: langbeinpa@bellsouth.net

By: /s/ Leslie W. Langbein
      FBN 305391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 8/30/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

By: /s/ Leslie W. Langbein
      FBN 305391

---

[1]   Defendants sought advice from Mrs. Langbein in 2015 when ROBLETO made a request for FMLA leave.

[2]   The transcript has been requested.

## <u>SERVICE LIST</u>

J.H. ZIDELL, P.A.
J.H. Zidell, Esq.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
zabogado@aol.com