**Depo Express, Inc.**  EIN# 74-3180564

1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

# Invoice

| Date | Invoice # |
|---|---|
| 7/19/2017 | 2776 |

| Bill To |
|---|
| Langbein & Langbein |
| Leslie Langbein, Esq. |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 7/19/2017 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | | | 0.00 |
| 182 | original + 1 | deposition of Mohammed S. Hossain | 4.10 | 746.20 |
| 0 | exhibits | | 0.35 | 0.00 |
| 0 | condensed/a... | | 25.00 | 0.00 |
| 0 | courier | | | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
| | | Thanks for your business. It was a pleasure working with you. All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account. | | |

Ortiz V. NH Inc.

**Total**  $746.20

Langbein & Langbein P.A. 12-08/8181 NW 154th St Ste 105

| | | | |
|---|---|---|---|
| Depo Express | | 7/21/2017 | 011552 |
| | Depo Transcript Mohammed S. Hossain - Ortiz v NH, | | 746.20 |

| | | |
|---|---|---|
| Regions Operating | Invoice 2776 Ortiz v NH, Inc. | 746.20 |

Langbein & Langbein P.A. 12-08/8181 NW 154th St Ste 105

| | | | |
|---|---|---|---|
| Depo Express | | 7/21/2017 | 011552 |
| | Depo Transcript Mohammed S. Hossain - Ortiz v NH, | | 746.20 |

| | | |
|---|---|---|
| Regions Operating | Invoice 2776 Ortiz v NH, Inc. | 746.20 |

44515

**SEVEN LANGUAGES
TRANSLATING SERVICES, INC.**
19 W. Flagler St. • Suite 806
Miami, Florida 33130
Tel: (305) 374-6761 • 24 Hr. Fax (305) 374-0339
Toll Free: 1-800-374-6761
E-Mail: info@sevenlanguages.com

**Invoice**
Invoice Number: 17-0823-05
Invoice Date: August 23, 2017

OUR TAX ID NO: 65-0085549

To: Leslie Weiner Langbein, Esq.
Langbein & Langbein P.A.
8181 NW 154th St, Ste:105
Miami Lakes, FL 33016

REF: Katherine Mitchell Cruz Ortiz vs. N.H., Inc.
Depo of Juiselyn C. Roblett

305-556-3663

| No of Hours | Services Rendered | Rate | Total |
|---|---|---|---|
| 1.00 | Spanish Interpreting @ 8181 NW 154 St on August 23, 2017 from 10:00 a.m. - CNA | 120.00 | 120.00 |

**METHOD OF PAYMENT:**
☐ Check Enclosed Payable to: *Seven Language Translating Services*
-OR-
☐ Charge my Credit Card ☐ Visa ☐ Master Card ☐ American Express

Credit Card # ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Exp. Date ☐☐/☐☐   VCode ☐☐☐☐

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

INVOICE NUMBER:
TOTAL INVOICE AMOUNT: 120.00

**THANK YOU FOR YOUR BUSINESS!
PLEASE WRITE OUR INVOICE NUMBER ON YOUR REMITTANCE.
PAYMENT DUE UPON RECEIPT**

Upon acceptance of this invoice the client hereby agrees to pay all costs of collection for any unpaid balance including attorney's fees. Client fur interest at the rate of 1.5% per month may be added to past due balances.

Langbein & Langbein, P.A.

| | | | |
|---|---|---|---|
| Seven Languages Translating | | 8/28/2017 | 013016 |
| | Translation at Depo of Juiselyn C. Robletto Ortiz v. N.H., Inc. | | 120.00 |

| | | |
|---|---|---|
| Regions Operating | Inv 17-0823-05 Ortiz v. N.H., Inc. | 120.00 |

Langbein & Langbein, P.A.

| | | | |
|---|---|---|---|
| Seven Languages Translating | | 8/28/2017 | 013016 |
| | Translation at Depo of Juiselyn C. Robletto Ortiz v. N.H., Inc. | | 120.00 |

| | | |
|---|---|---|
| Regions Operating | Inv 17-0823-05 Ortiz v. N.H., Inc. | 120.00 |

30000

# INVOICE

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone:305-371-6677   Fax:305-374-5292

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128179 | 8/31/2017 | 177783 |
| **Job Date** | **Case No.** | |
| 8/24/2017 | 17-20169 CIV | |
| **Case Name** | | |
| KATHERINE MITCHELL CRUZ ORTIZ, JOISELYN C. ROBLETO V N.H., INC aka MERIDAN FOOD | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leslie W. Langbein, Esq
LANGBEIN & LANGBEIN, P.A.
LAKES PLAZA
8181 N.W. 154 STREET
SUITE 105
MIAMI LAKES, FL 33016

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   KATHERINE MITCHELL CRUZ ORTIZ     1.00 Pages     4.25
   Attendance - First two hours     100.00

**TOTAL DUE >>>    $104.25**

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

**Tax ID:** 46-3562098      Phone: 305-556-3663   Fax:

# INVOICE

Friedman Lombardi & Olson
19 West Flagler Street
Suite 905
Miami, FL 33130
Phone: 305-371-6677   Fax: 305-374-5292

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 127980 | 8/25/2017 | 177782 |
| Job Date | Case No. ||
| 8/23/2017 | 17-20169 CIV ||
| Case Name |||
| KATHERINE MITCHELL CRUZ ORTIZ, JOISELYN C. ROBLETO V N.H., INC aka MERIDAN FOOD |||
| Payment Terms |||
| Due upon receipt |||

Leslie W. Langbein, Esq
LANGBEIN & LANGBEIN, P.A.
LAKES PLAZA
8181 N.W. 154 STREET
SUITE 105
MIAMI LAKES, FL 33016

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   JOISELYN C ROBLETO                                             1.00 Pages                4.25
      Attendance - First two hours                                                        100.00

                                                            TOTAL DUE >>>              $104.25

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

Tax ID: 46-3562098                                               Phone: 305-556-3663   Fax:

Langbein & Langbein, P.A.
Friedman Lombardi & Olson                                              9/13/2017            013027
                                    Joiselyn Robleto                                         104.25
                                    Katherine Cruz                                           104.25


Regions Operating      Inv 127980, 128179,